<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 10-1716**

───────────────

In Re:  BRUCE EVERETT VOID-EL,

                Petitioner.

───────────────

On Petition for Writ of Mandamus.  (1:10-cv-00007-IMK-DJJ)

───────────────

Submitted:  September 14, 2010      Decided:  October 6, 2010

───────────────

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Bruce Everett Void-El, Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Everett Void-El petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2006) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has entered an order adopting the recommendation of the magistrate judge and dismissing Void-El's petition. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED